UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Teleport Communications Washington D.C., Inc.; TCG South Florida; Teleport Communications Atlanta, Inc.; TCG New Jersey, Inc. f/k/a TCG Delaware Valley, Inc.; TCG Maryland; TC Systems, Inc.;  TCG Pittsburgh; TCG Virginia, Inc.; AT&T Communications of the Southern States, LLC; AT&T Communications of Washington, D.C., LLC; AT&T Communications of Maryland, LLC; AT&T Communications of NJ, LP; AT&T Communications of New York, Inc.; AT&T Communications of Pennsylvania, LLC; and AT&T Communications of Virginia, LLC.<br><br>Plaintiffs,<br><br>v.<br><br>Global NAPs, Inc.; Global NAPs Networks, Inc.; Global NAPs Realty, Inc.; Global NAPs New Hampshire, Inc.; Ferrous Miner Holdings, Ltd.; and Frank Gangi,<br><br>Defendants. | Civil Action No. 1:09-cv-11062-NMG |

**JOINT STATUS REPORT**

Plaintiffs Teleport Communications Washington D.C., Inc.; TCG South Florida; Teleport Communications Atlanta, Inc.; TCG New Jersey, Inc. f/k/a TCG Delaware Valley, Inc.; TCG Maryland; TC Systems, Inc.; TCG Pittsburgh; TCG Virginia, Inc.; AT&T Communications of the Southern States, LLC; AT&T Communications of Washington, D.C., LLC; AT&T Communications of Maryland, LLC; AT&T Communications of NJ, LP; AT&T Communications of New York, Inc.; AT&T Communications of Pennsylvania, LLC; and AT&T Communications of Virginia, LLC (collectively, "Plaintiffs"), together with the Receiver appointed by Judge Zobel of the District of Massachusetts to identify, preserve, and safeguard

the assets of Defendants Global NAPs, Inc.; Global NAPs Networks, Inc.; Global NAPs Realty, Inc.; Global NAPs New Hampshire, Inc.; and Ferrous Miner Holdings, Ltd. (collectively, the "Global NAPs defendants") submit this Status Report in compliance with the Court's March 4, 2014 Order [Doc. No.39].

The Order requires the parties[1] to file a report: (1) describing any progress in this case and the related case, *Global NAPs, Inc. v. Verizon New England, Inc*., 02-cv-12489-RWZ, and (2) to show cause why plaintiffs' complaint ought not be dismissed without prejudice to reopening if later deemed necessary. In compliance with this Order, Plaintiffs and the Global NAPs defendants submit the following:

1. Status

This action effectively has been stayed to allow *Global NAPs, Inc. v. Verizon New England, Inc*., 02-cv-12489-RWZ to proceed and to allow the Receiver to satisfy his appointed role. That action, however, remains pending and it is not clear when the Receiver will complete his work.

2. Dismissal

Plaintiffs and the Global NAPs defendants agree that this case should be "dismissed without prejudice to reopening if later deemed necessary."

Given that Plaintiffs and the Global NAPs defendants agree that this case should be dismissed, they respectfully request that the status conference scheduled for March 19, 2014 be cancelled.

---

[1] Counsel for Plaintiffs contacted counsel of record for Frank Gangi, but did not receive a response.

| | |
|---|---|
| March 12, 2014 | Respectfully submitted, |
| | By: /s/ *Timothy P. Jensen* |
| | HINCKLEY ALLEN<br>John Gallagher (BBO#679148)<br>28 State Street<br>Boston, MA 02109<br>Telephone: (617) 345-9000<br>Facsimile: (617) 345-9020<br>jgallagher@haslaw.com |
| | Timothy P. Jensen (pro hac vice)<br>20 Church Street<br>Hartford, CT 06103<br>Telephone: (860) 725-6200<br>Facsimile: (860) 278-3802<br>tjensen@haslaw.com |
| | MAYER BROWN LLP<br>Christian F. Binnig<br>Hans J. Germann<br>Anne M. De Geest<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711 |
| | Attorneys for Plaintiffs |

Respectfully submitted,

    */s/ Donald Libbey*
Donald H. C. Libbey (BBO#638397)
Donald H. C. Libbey P.C.
P.O. Box 920612
210 Highland Avenue, Suite 2
Needham, MA 02492
(781) 444-0044
(781) 444-0944 (facsimile)
dhclibbey@lawboston.com
Attorney for Carl F. Jenkins, Receiver

51470605.2     3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2014, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ Timothy P. Jensen_____
                                        Timothy P. Jensen